**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**FILED**

**JAN - 4 2002**

~~NANCY MAYER WHITTINGTON, CLERK~~
~~U.S. DISTRICT COURT~~

```
                                         X
Corey Lorenzo Woodfolk,                  :
R 30079-037                              :        CASE NO.
U.S. Penitentiary    Plaintiff,          :
P.O. Box 1000                            :   CASE NUMBER  1:02CV00022
  -against- Lewisburg, PA  17837         :
                                         :   JUDGE: Emmet G. Sullivan
Department of Justice,                   :
                     Defendant.          :   DECK TYPE: FOIA/Privacy Act
                                         :
                                         :   DATE STAMP: 01/04/2002
                                         X
```

## A. Parties

1.    Plaintiff, Corey Lorenzo Woodfolk, is a Citizen of the several state
of Maryland.    Currently detained at USP Lewisburg, P.O. Box 1000, Lewisburg,
Pennsylvania [17837].

2.    Defendant, Department of Justice ("DOJ"), an agency of the United States
of America, may be served by delivering a copy of the summons and complaint
to the United States Attorney for the District of Columbia.   [Fed.R.Civ.P. 4(i)
(1)].    The DOJ is the proper party defendant in this action. See  Peralta v.
United States Attorney's Office, 69 F.Supp. 2d 21, 31 (D.D.C. 1999).

## B. Jurisdiction

3.    The court has jurisdiction over [t]his suit because the action arises
under the United States Constitution Article  3 , Section  2  / Title  28
U.S.C. § 1331.    Plaintiff asserts that this action is to compel agency action
unlawfully withheld.

## C. Standing

4.    Plaintiff asserts that he has suffered an 'injury in fact' by the unlaw-
ful act/omission of defendant —that is likely to be redressed by a favorable
decision of the court. See  Lujan v. Defenders of Wildlife, 504 US 535, 112
S.Ct. 2130 (1992);  Sierra Club v. Morton, 405 US 727 (1972).

5.   The Administrative Procedures Act ("APA"), provides plaintiff with a 'private right' of action.  [5 U.S.C. §§ 701-706].  See also Steffan v. Perry, 41 F.3d 677, 694 (D.C.Cir. 1994).   Under Section 10(a) of the APA, 60 Stat. 243, 5 U.S.C. § 1009(a), plaintiff may challenge the "legal wrong' herein complained.

6.   Plaintiff asserts that this action is not precluded by the provisions of § 701, of Title 5 — (1) it is not precluded by judicial review; nor (2) is the agency action _complained_ of committed to agency discretion by law.  See Crowley Caribbean Transport, Inc. v. Pena, 37 F.3d, at 674 (D.C.Cir. 1994); Railway Labor Exec. Ass'n v. National Mediation Bd., 29 F.3d 655, 674 (D.C.Cir. 1994).

7.   In 1976 Congress amended § 702 of the APA to provide a limited waiver of Sovereign Immunity for the United States.  See Bowen v. Massachusetts, 487 US 879, 108 S.Ct. 2722, 2730-31 (1988); Hubbard v. Administrator, E.P.A., 982 F.2d 531, 533 (D.C.Cir. 1992) ( S.Rep.No. 996, 94 Cong., 2d Sess. 2 (1976) ("[The amendment] would eliminate the defense of sovereign immunity in Federal court action for specific relief [. . .].")).

## D. Conditions Precedent

8.   By letter [Request for disclosure of info. per 5 U.S.C. § 552 ("FOIA")], dated August 8, 2001, plaintiff caused to be served upon defendant whose address is Main Justice Bldg., Tenth and Constitution Avenues, NW, Washington, DC 20530, see [Exibit A], an original copy of plaintiff's FOIA request; same being received [by defendant] on August 13, 2001.  See [Exibit B].

9.   As of [t]he date of this filing, no response has been received complying with plaintiff's requested FOIA request.   The (ten) day constructive exhaustion provision has occurred.  [5 U.S.C. § 552(a)(6)(C)]; Spannaus v. U.S. Dept. of Justice, 824 F.2d 52, 58 (D.C.Cir. 1987).

## E. Adequate Remedy

10.   Plaintiff asserts that there is no adequate remedy at law to redress the grievances herein complained. Mapother v. Dept. of Justice, 3 F.3d 1533,

1540-41 (D.C.Cir. 1993) ( 5 U.S.C. § 704 (subjecting to review "final agency action for which there is no other adequate remedy.")).

### F. Facts

11.    On August 8, 2001, plaintiff caused to be served upon defendant a request for disclosure per 5 U.S.C. § 552 (FOIA), seeking verification of the execution of "Oaths of Office" (28 U.S.C. § 544), for one Susan Moss Ringler, and one Andrea Smith [both are Asst.U.S.Atty's for the district of Maryland].

12.    By letter dated September 7, 2001, plaintiff received from defendant's referral unit, notification of suggested referral of plaintiff's FOIA request to:  Executive Office for U.S. Attorneys, Rm. 7100, 600 E. Street, NW, Washington, DC 20530 [Referral No. 01-2895].  See [Exhibit C].   This [r]eferral was received by the ("EOUSA") on September 10, 2001.

13.    By letter dated September 19, 2001, plaintiff received from the EOUSA acknowledgement of receipt for FOIA request. See [Exhibit D].   The afore-stated letter further contended that the [EOUSA] makes an effort to process most requests within a month (20 working days).   This contention is not in accordance with law.

14.    As of the date of this filing, i.e., December 3, 2001, plaintiff has not received any further response from defendant nor has his FOIA request been adjudicated.   Ergo, plaintiff has suffered an 'injury in fact' by the arbitrary and capricious act/omission of defendant.

15.    Defendant is compelled by 5 U.S.C. § 552 (FOIA) to comply with plaintiff's FOIA request.

### G. Count 1 - Administrative Procedure Act

16.    This act/omission of defendant was arbitrary, capricious, and was not in

accordance with law nor procedure.    Specifically, defendant was required by Section 552(a)(1)(2), of Title 5, to make available to plaintiff [his] request for the _executed_ "Oaths of Office" for Susan Moss Ringler and Andrea Smith—that is also in accordance with 28 U.S.C. § 544.  See  Food Chemical News v. DHHS, 980 F.2d, at 1472 (D.C.Cir. 1992).    Burden is on agency to sustain its action of withholding requested documents.  Hayden v. U.S. Dept. of Justice, 413 F.Supp. 1285, 1287 (D.D.C. 1976); see also Oglesby v. U.S. Dept. of Army, 79 F.3d, at 1176 (D.C.Cir. 1996).

17.    FOIA disfavors any attempt by agency to shirk its responsibilities to respond promptly and fully to request for records.  Peralta, ante, id., at 27. "Under FOIA, an agency "shall" make available to any person records that the person "reasonably describes" in a request to the agency [. . .]. An agency is excused from this requirement only with respect to materials that fall within one of FOIA's nine specific exemptions." Crumpton v. Stone, 59 F.3d 1400, 1404 (D.C.Cir. 1995).    Plaintiff asserts that his requested information does not fall within the specific exemptions set forth by Section 552(b)(1)-(9).

## H. Scope of Review

18.    To the extent necessary to decision and when presented, the reviewing court shall decide all relevant questions of law.  See  [5 U.S.C. § 702].    A reviewing court has _no discretion_ where it finds that "agency action" was arbitrary, capricious, or not in accordance with law.  Association of Civilian Technicians v. Flra, 22 F.3d 1150, 1152-53 (D.C.Cir. 1994).

## I. Questions Presented

19.                   WHETHER DEFENDANT'S ACT/OMISSION OF NOT RESPONDING
                      NOR ADJUDICATING PLAINTIFF'S FOIA REQUEST WAS

4.

ARBITRARY, CAPRICIOUS, AND NOT IN ACCORDANCE
WITH LAW ?

20.        WHETHER PLAINTIFF HAS A RIGHT TO THE REQUESTED DOCUMENTS
           UNDER THE FOIA ?

### J. Prayer

21.   For these reasons, plaintiff asks for judgement against defendant for

the following:

    a.    **ENJOIN** defendant from unlawfully withholding plaintiff's requested

FOIA disclosure;

    b.    **COMPEL** defendant to release to plaintiff the requested records

of executed Oaths of Office for Susan Moss Ringler and Andrea Smith;

    c.    **DECIDE** the questions herein presented, esp. ¶¶ 19 & 20;

    d.    **GRANT** all other relief the court deems appropriate.

Dated:   December 2, 2001.

                                        Respectfully submitted,

                                        Corey Lorenzo Woodfolk
                                        USP Lewisburg
                                        c/o Post Office Box 1000
                                        Lewisburg, Pennsylvania [17837]

+/

EXHIBIT A

**Corey Lorenzo Woodfolk**
c/o Post Office Box[1000],
Lewisburg; near [17837],
Pennsylvania

August 8, 2001

**Justice Management Division**
Main Justice Building
Tenth and Constitution Avenues
N.W. Washington, DC [20530]

> **Re:** Request for disclosure of personnel info. per
> the **Freedom of Information Act** (F.O.I.A.),
> 5 U.S.C. § 552 — Asst. U.S. Atty(s)

Dear Director:

This is a formal request pursuant to the Freedom of Information Act,
5 U.S.C. § 552. I am requesting that the "Oaths" of office, pursuant to 28
U.S.C. § 544, be provided me with regard to the below named persons; as well
as the date that such **Oaths** may have been executed:

Andrea Smith: Requested date of execution of oath of office and a written copy
of same, doing business at 101 W. Lombard St., Baltimore, Md. 21201;

Susan Moss Ringler: Requested date of execution of oath of office and a written
copy of same, doing Bus. at 101 W. Lombard St., Baltimore, Md. 21201.

This requested information is a matter of public record and is not deemed
privileged, [et sic], not exempted. Thank you for your time and considera-
tion in this matter.

Very truly yours,

Corey Lorenzo Woodfolk

EXHIBIT B

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Justice Management Division
Main Justice Building
Tenth and Constitution Avenues
N.W. Washington, DC [20530]

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly) DEPARTMENT OF JUSTICE

C. Signature
X

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SUPERVISOR

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchan
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐

2. Article Number (Copy from service label)
7099 3220 0008 0490 4555

PS Form 3811, July 1999     Domestic Return Receipt



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Corey Lorenzo Woodfolk
c/o Post Office Box [1000],
Lewisburg, Pennsylvania [17837]



EXHIBIT C



**U.S. Department of Justice**

*Washington, D.C. 20530*

SEP  7 2001

$\mathcal{D}oo1-2895$

Corey L. Woodfolk                          Re:  Andrea Smith &
Reg. No. 30079-037                              Susan M. Ringler
U.S.P. - Lewisburg
P.O. Box 1000
Lewisburg, PA  17837

Dear Mr. Woodfolk:

Your Freedom of Information Act and/or Privacy Act (FOIA/PA)
request was received by this office which serves as the receipt
and referral unit for FOIA/PA requests addressed to the
Department of Justice (DOJ).  Federal agencies are required to
respond to a FOIA request within twenty business days.  This
period does not begin until the request is actually received by
the component within the DOJ that maintains the records sought.

We have referred your request to the DOJ component(s) you have
designated or, based on descriptive information you have
provided, to the component(s) most likely to have the records.
The component(s) to which your request has been forwarded are
indicated on the enclosed FOIA/PA Referral/Action Slip.  All
future inquiries concerning the status of your request should be
addressed to the office(s) listed below:

> FOIA/PA
> Executive Office for U.S. Attorneys
> Room 7100, 600 E Street, NW
> Department of Justice
> Washington, DC  20530
> (202) 616-6757

Sincerely,

$Sept.\ 10,\ 2001$

Benjamin F. Burrell, Director
Facilities and Administrative
   Services Staff
Justice Management Division

Enclosure
Freedom of Information Act/Privacy Act
   Referral/Action Slip

**U.S. Department of Justice**
Justice Management Division

**Freedom of Information Act/Privacy Act
Referral/Action Slip**

Date: **SEP 7 2001**

Clerk:         Windham
Organization:     JMD/FASS
Building & Room:   LOC, Room 113

| To | From | | To | From |
|---|---|---|---|---|
| ❏ | ❏ Office of Information & Privacy | | ❏ | ❏ Immigration Review, Executive Office for |
| | __ The Attorney General | | | |
| | __ Deputy Attorney General | | ❏ | ❏ Inspector General, Office of |
| | __ Associate Attorney General | | | |
| | __ Public Affairs, Office of | | ❏ | ❏ Intelligence Policy, and Review, Office of |
| | __ Legislative Affairs, Office of | | | |
| | __ Policy & Development, Office of | | ❏ | ❏ INTERPOL, U.S. National Central Bureau |
| | __ Intergovernmental Affairs, Office of | | | |
| | | | ❏ | ❏ Justice Management Division |
| ❏ | ❏ Antitrust Division | | | Staff: _____ |
| ❏ | ❏ Bureau of Prisons | | ❏ | ❏ Justice Programs, Office of |
| ❏ | ❏ Civil Division | | ❏ | ❏ Legal Counsel, Office of |
| ❏ | ❏ Civil Rights Division | | ❏ | ❏ Pardon Attorney, Office of |
| ❏ | ❏ Community Relations Service | | ❏ | ❏ Professional Responsibility, Office of |
| ❏ | ❏ Community Oriented Policing Services | | ❏ | ❏ Solicitor General, Office of |
| ❏ | ❏ Criminal Division | | ❏ | ❏ Tax Division |
| ❏ | ❏ Drug Enforcement Administration | | ☒ | ❏ U.S. Attorneys, Executive Office for |
| ❏ | ❏ Environment & Natural Resources Division | | ❏ | ❏ U.S. Marshals Service |
| ❏ | ❏ Federal Bureau of Investigation | | ❏ | ❏ U.S. Parole Commission |
| ❏ | ❏ Foreign Claims Settlement Commission | | ❏ | ❏ U.S. Trustees, Executive Office for |
| ❏ | ❏ Immigration & Naturalization Service | | ❏ | ❏ _____ |

Requester: _____ Corey L. Woodfolk _____

Ref: __ Andrea Smith & Susan M. Ringler _____

Date of Request: _____ August 8, 2001 _____

Received By: __ FOI/PA Referral Unit _____ Type of Request: _____ FOIA

Remarks: ____ Requester advised of this referral. _____

FORM JMD-481
Revised Aug. 1998

*U.S. GPO: 2001-472-525/41766

EXHIBIT D



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757   Fax 202-616-6478*

Request Number: 01-2895          Subject: ANDREA SMITH & SUSAN
MOSS RINGLER (OATHS OF OFFICE)/DMD

Requester: COREY L. WOODFOLK

The Executive Office for United States Attorneys (EOUSA) has
received your Freedom of Information Act/Privacy Act (FOIA/PA)
request. It has been assigned the above number. Please give us
this number if you write about your request. If we need
additional information, we will contact you within two weeks.

Your request will be placed in the order in which it was
received for processing, unless it is a very large request
(Project Request). Then, it will be placed in a separate group
of Project Requests, which are also processed in the order
received.

EOUSA makes every effort to process most requests within a
month (20 working days). There are some exceptions, for example,
Project Requests take approximately nine months to process.
Requests for ▒all information about myself in criminal case
files▒ are Project Requests. If you have made such a request,
you may either write us and narrow your request for specific
items, or we will consider that you have agreed to a due date of
nine months from the date of this letter.

By making a FOIA/PA request, you have agreed to pay fees up
to $25, as stated in 28 CFR §16.3(c). Please note that pursuant
to 28 C.F.R. 16.11, we are required to charge fees for time used
to search for the documents you have requested and for
duplication of all pages released to you. Normally, search time
is charged at a rate of $28 per hour after the first two hours
which are free, and duplication fees are $0.10 per page after the
first 100 pages which are free. Before we release documents to
you, payment for the accumulated charges must be received by us.
Without such payment, your request file will be closed without
further action.

Singerely,

Suzanne Little
Assistant Director
FOIA/PA Unit

Form No. 001 - 1/99

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing document(s), to wit, COMPLAINT, SUMMONS, APPLICATION TO PROCEED IN FORMA PAUPERIS, and CLERK'S COVER LETTER, upon the below-named, by Certified U.S. Mail, postage pre-paid, by placing same contents into the mail receptacle at USP Lewisburg, PA, on this _5th_ day of _December_ , 2001.

Addressee:

U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
E. BARRETT PRETTYMAN COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

Corey Lorenzo Woodfolk
USP Lewisburg
c/o Post Office Box 1000
Lewisburg, Pennsylvania [17837]

+/